**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs** | ) | **Case No.   3:17CR14(02)** |
| | ) | |
| | ) | |
| **Clarissa Contreras** | | |

---

### ORDER TERMINATING SUPERVISED RELEASE

---

The above named began supervised release on March 8, 2019, for a period of three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___17___ day of___March___, **2020**

_____
Thomas M. Rose
United States District Judge